UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
**SUMMONS IN A CRIMINAL CASE**

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO.
                                            04-40007-NMG

RICHARD LABOMBARD
12 PETERS DRIVE, # 4
LEOMINSTER, MA 01453

---

YOU ARE HEREBY SUMMONED to appear before the U.S. Magistrate
Judge at the time, date and place set forth below for an **Initial
Appearance/Arraignment.**
PLACE:

| | |
|---|---|
| U.S. DISTRICT COURT | **COURTROOM #1, 5th FLOOR** |
| **595 Main Street** | DATE AND TIME: |
| **WORCESTER**, MA 01608 | **April 26, 2004, at 11:00 a.m.** |

---

To answer an **Indictment** Charging you with a violation of TITLE
26, USC Section 7201

Description of offenses:

**TAX EVASION**

---

**TO THE DEFENDANT:** You should appear with **your attorney** at the
time and place given above.  Failure to appear will result in the
issuance of a warrant for your arrest.  If you are unable to
afford an attorney and wish the court to appoint one for you,
please telephone Deputy Clerk Lisa B. Roland at (508) 929-9905 as
soon as possible.

CHARLES B. SWARTWOOD, III,
Magistrate Judge

Dated: April 13, 2004          /s/ Lisa B. Roland
                               Lisa B. Roland
                               Deputy Clerk
                               (508) 929-9905

**\*\*\*PLEASE REPORT TO PRETRIAL SERVICES,** 4th floor, 595 Main
Street, Worcester, MA, **2 hours** before you are scheduled to appear
before the Magistrate Judge for the purpose of a pretrial
interview.**YOU MUST HAVE TWO FORMS OF ID TO GET INTO THE BUILDING.**