UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 04-40007-NMG |
| | ) |
| v. | ) VIOLATIONS: |
| | ) 26 U.S.C. § 7201 |
| RICHARD LABOMBARD, | ) (Tax Evasion) |
| | ) |
| Defendant. | ) |

**PARTIES' JOINT MEMORANDUM PURSUANT TO
INITIAL SCHEDULING ORDER DATED APRIL 26, 2004**

The parties jointly submit that there is no need for an initial status conference to be held on June 7, 2004 at 10:00 a.m. As the basis for this representation, the parties submit that on May 20, 2004 the government made its initial automatic disclosures pursuant to Fed. R. Crim. P. 16 and Rules 116.1(C) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts; a copy of that disclosure letter has been filed with the Court. The defendant has requested that the documents identified in paragraph (A)(3) of said letter be copied for the convenience of counsel; the government has agreed to that undertaking and expects that the documents will be copied and ready for production to the defendant on or before June 7, 2004.

The parties therefore request that the status conference be continued for a period of approximately thirty days to enable the defendant to review the discovery produced by the government and undertake a meaningful response to the items set forth in Local Rules 116.5(A) and (C).

The parties also request that the time from June 7, 2004 to and including such date as the Court may re-schedule for a status conference be excluded under the Speedy Trial Act in the interests of justice.

Dated: June 1, 2004

| UNITED STATES OF AMERICA<br>By its attorney, | RICHARD LABOMBARD<br>By his attorney, |
|---|---|
| Michael J. Sullivan<br>United States Attorney | |
| By: /s/ Lori J. Holik<br>Lori J. Holik<br>Assistant U.S. Attorney | /s/ Elliot M. Weinstein / LJH<br>Elliot M. Weinstein<br>228 Lewis Wharf<br>Boston, MA 02110 |