UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JUL -8 A 11: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-40007-FDS |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD LABOMBARD, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S MOTION TO RESCHEDULE STATUS CONFERENCE**

The government hereby moves the Court to reschedule the initial status conference in this case. As grounds for this motion, the government submits that the case was originally scheduled for an initial status conference on June 7, 2004. The parties filed a joint submission on June 1, indicating that as the government was in the process of copying discovery documents for the defendant, a more meaningful conference could be had in approximately thirty days. The Joint Memorandum also sought the exclusion of time for the period of June 7, 2004 until such time as the Court rescheduled the status conference.

Thirty days having passed, the government now moves for the scheduling of an initial status conference at a date convenient to the Court.

Date: July 7, 2004

By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Lori J. Holik
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2004, I caused a copy of the above motion to be served on counsel of record by causing same to be mailed, first class mail, postage prepaid.

_____
Lori J. Holik
Assistant U.S. Attorney