UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>        v.               )<br>  )<br>RICHARD LABOMBARD,       )<br>         Defendant,      )<br>  ) | **CRIMINAL ACTION**<br>**NO. 04-40007-FDS** |

**INITIAL STATUS REPORT**
**July 21, 2004**

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Saylor, J. to whom this case is assigned:

1. <u>Discovery</u>

The Government represents that it has made full discovery to Mr. Labombard's counsel and Mr. Labombard's counsel has requested additional time to review that discovery and to discuss the discovery with his client. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on September 9, 2004, at 2:45 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from May 10, 2004 (date of expiration of prior order of excludable time) through September 9, 2004 (date by which Mr. Labombard's counsel will have reviewed discovery produced by the Government). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried by <u>Thursday, November 18, 2004</u>.

<pre>
                              /s/Charles B. Swartwood, III
                              CHARLES B. SWARTWOOD, III
                              MAGISTRATE JUDGE
</pre>