UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | **CRIMINAL ACTION** |
| ) | **NO. 04-40007-FDS** |
| RICHARD LABOMBARD, ) | |
|     Defendant, ) | |

**ORDER OF EXCLUDABLE TIME**
July 21, 2004

**SWARTWOOD, M.J.**

    It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from May 10, 2004 (date of expiration of prior order of excludable time) through September 9, 2004 (date by which Mr. Labombard's counsel will have reviewed discovery produced by the Government) shall be excluded from the Speedy Trial Act.

                                          <u>/s/Charles B. Swartwood, III</u>
                                          CHARLES B. SWARTWOOD, III
                                          MAGISTRATE JUDGE