UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | **CRIMINAL ACTION** |
| RICHARD LABOMBARD,  Defendant, | ) ) ) ) | **NO. 04-40007-FDS** |

**STATUS REPORT**
**September 10, 2004**

**SWARTWOOD, M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Superseding Indictment

Counsel for the Government has informed Mr. Labombard and his counsel that a Superseding Indictment will be returned in this case in approximately three weeks. Mr. Labombard's counsel has requested additional time to review the Superseding Indictment in order to determine whether or not there are any pre-trial issues concerning additional discovery. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on October 25, 2004, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from September 9, 2004 (date of expiration of prior order of excludable time) through October 25, 2004 (date by which Mr. Labombard's counsel will have reviewed discovery following the anticipated return of the Superseding Indictment). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried by <u>Monday, January 3, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE