UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>RICHARD LABOMBARD, )<br>    Defendant, )<br>) | **CRIMINAL ACTION**<br>**NO. 04-40007-FDS** |

**ORDER OF EXCLUDABLE TIME**
**September 10, 2004**

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from September 9, 2004 (date of expiration of prior order of excludable time) through October 25, 2004 (date by which Mr. Labombard's counsel will have reviewed discovery following the anticipated return of the Superseding Indictment) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE