UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 4:04-40007-FDS |
| ) | |
| v. ) | VIOLATIONS: |
| ) | 26 U.S.C. § 7201 |
| RICHARD LABOMBARD, ) | (Tax Evasion) |
| ) | |
| Defendant. ) | |

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

1. At all times material to this Indictment, Defendant RICHARD LABOMBARD (hereafter, "LABOMBARD") was a citizen of the United States who resided at 12 Peters Drive, Leominster, Massachusetts.

2. At all times material to this Indictment, LABOMBARD was employed by Setra Systems, Inc. and received income from Setra Systems, Inc.

3. Using a nonresident alien number rather than his own social security number, LABOMBARD filed U.S. Nonresident Alien Income Tax Returns for calendar years 1997, 1999, 2000 and 2001 (Forms 1040NR) (the "Returns") that failed to include the amounts of income that LABOMBARD received from Setra Systems, Inc. and thus falsely under reported LABOMBARD's taxable income in each of the years.

4. For calendar years 1997, 1999 and 2000, LABOMBARD filed false Employee's Withholding Allowance Certificates (Forms

W-4), with his employer that claimed he was "exempt" from federal income tax withholding.

5. LABOMBARD reported false withholdings on his personal tax returns for calendar years 1997, 1999, and 2000, and submitted fraudulently altered Forms 1099-R in support of the false withholdings, writing in larger withholding amounts than were actually withheld and replacing his social security number with a nonresident alien number. In 1997, 1999, and 2000, LABOMBARD filed these false Forms 1099-R with his personal tax returns, seeking refunds that he successfully obtained for 1997 and 1999.

## COUNTS ONE through FOUR

### (Tax Evasion - 26 U.S.C. § 7201)

3. The Grand Jury re-alleges and incorporates by reference paragraphs 1-4 of this Indictment.

4. On or about the dates set forth below, in the District of Massachusetts, RICHARD LABOMBARD, a resident of Leominster, Massachusetts, did willfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America by filing and causing to be filed with the Internal Revenue Service: 1) false and fraudulent U.S. Nonresident Alien Income Tax Returns, Forms 1040NR, wherein he falsely reported his taxable income for the calendar years 1997, 1999, 2000 and 2001,

2

and 2) false and fraudulent Forms 1099-R wherein he falsely reported the amount of his withholding for calendar years 1997, 1999 and 2000, thus stating that the amount of tax to be refunded to LABOMBARD or due and owing thereon by LABOMBARD were the sums listed in the fifth column of the table below, whereas, as LABOMBARD then and there well knew and believed, his taxable income for each of said calendar years was substantially in excess of that stated and that upon said additional taxable income substantial additional taxes were due and owing to the United States of America.

| Count | Tax Year | Filing Date | Falsely Reported Taxable Income (Per Return) | Falsely Reported Tax Claimed as Owed /to be Refunded (Per Return) |
|---|---|---|---|---|
| 1 | 1997 | 4/15/98 | $15,218.00 | ($7,068.00) |
| 2 | 1999 | 4/15/00 | $13,913.00 | ($7,671.00) |
| 3 | 2000 | 4/15/01 | $14,278.00 | ($7,663.00) |
| 4 | 2001 | 4/15/02 | $14,915.00 | $1,444.00 |

All in violation of Title 26, United States Code, Section 7201.

3

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

Place of Offense: _____  Category No. __II__  Investigating Agency __IRS__

City __Leominster__  Related Case Information:

County __Worcester__  Superseding Ind./ Inf. __4:04-40007FDS__  Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Richard LaBombard__  Juvenile ☐ Yes ☒ No

Alias Name _____

Address __12 Peters Drive, #4, Leominster, MA 01453__

Birth date (Year only): __1932__ SSN (last 4 #): __4474__ Sex __M__ Race: __White__ Nationality: __USA__

Defense Counsel if known: __Elliot M. Weinstein__  Address: __228 Lewis Wharf, Boston, MA 02110__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Lori J. Holik__  Bar Number if applicable _____

Interpreter: ☐ Yes ☒ No  List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by __USMJ Swartwood__ on __April 26, 2004__

Charging Document: ☐ Complaint ☐ Information ☒ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __4__

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __10-6-04__  Signature of AUSA: _____