**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION** |
| | ) | **NO. 04-40007-FDS** |
| RICHARD LABOMBARD, | ) | |
| Defendant, | ) | |
| | ) | |

**STATUS REPORT**
**October 25, 2004**

**SWARTWOOD, M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1.   Discovery

Completed.

2.   Motion to Strike

Mr. Labombard intends to file a motion to strike and that motion shall be filed by November 12, 2004.  The Government shall file an opposition to that motion by November 30, 2004.

3.   Further Status Conference

A further status conference shall be held in this case on December 2, 2004, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

4.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from October 25, 2004 (date of expiration of prior order of excludable time) through November 30, 2004 (date by which the Government is to file its opposition to Mr. Labombard's motion to strike).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried by <u>Tuesday, February 8, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE