**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>RICHARD LABOMBARD, )<br>　　　Defendant, )<br>　　　　　　　　　　　　　　) | **CRIMINAL ACTION**<br>**NO. 04-40007-FDS** |

**ORDER OF EXCLUDABLE TIME**
**October 25, 2004**

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from October 25, 2004 (date of expiration of prior order of excludable time) through November 30, 2004 (date by which the Government is to file its opposition to Mr. Labombard's motion to strike) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE