UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-40007-FDS |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD LABOMBARD, | ) | |
| | ) | |
| Defendant. | ) | |

PARTIES' JOINT MEMORANDUM

Pursuant to Local Rule 116.5(C), the parties jointly submit the following final status conference memorandum:

1. There are no outstanding discovery issues.

2. Neither party anticipates providing additional discovery as a result of the future receipt of information, documents, or reports of examinations or tests.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has not requested notice of alibi.

5. The defendant has filed a motion to strike surplusage (Notice of Additional Factors) from the Superseding Indictment; the defendant does not intend to file any other motions requiring a ruling by the District Court before trial.

6. The case is ready to be set for trial.

7. The case will proceed to trial.

8. The periods of excludable delay to date have been entered.

9. The estimated length of trial is five days.

Dated: November 29, 2004

By its attorney,                              By his attorney,

MICHAEL J. SULLIVAN
United States Attorney


/s/Lori J. Holik                              /s/Elliot M. Weinstein/LJH
By: Lori J. Holik                             Elliot M. Weinstein
Assistant U.S. Attorney                       228 Lewis Wharf
617-748-3161                                  Boston, MA 02110
                                              617-367-9334