UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>RICHARD LABOMBARD, )<br>  Defendant, )<br>  ) | **CRIMINAL ACTION<br>NO. 04-40007-FDS** |

**FINAL STATUS REPORT**
**December 8, 2004**

**SWARTWOOD, M.J.**

The following is a Final Status Report to Saylor, J. to whom this case is assigned:

1.  Trial

Counsel for the parties have requested that this case be returned to Judge Saylor for trial. I have granted that request.

2.  Length of Trial

Five days.

3.  Discovery

Completed.

4.  Motions

Mr. Labombard has filed a Motion To Strike Surplusage (Notice of Additional Factors) from the Superseding Indictment and the Government has filed an opposition to that motion. Counsel for

both parties acknowledge that this motion should be decided by the District Judge.

5. <u>Defenses</u>

The Defendant does not intend to raise a defense of insanity or public authority and the Government has not requested notice of alibi.

6. <u>Interpreter</u>

None needed.

7. <u>Excludable Time</u>

With the assent of counsel for the parties, I have previously excluded from the Speedy Trial Act, the entire period from date of arraignment though November 30, 2004. Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, February 8, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE