# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal Action No. |
| RICHARD LABOMBARD, ) | 04-40007-FDS |
| ) | |
| Defendant. ) | |

## ORDER ON MOTION TO STRIKE SURPLUSAGE

**SAYLOR, J.**

Defendant Richard Labombard has filed a motion to strike surplusage dated October 29, 2004, by which he seeks to strike that portion of the superseding indictment captioned "Notice of Additional Factors." The government filed an opposition dated November 12, 2004.

In light of the great uncertainty surrounding the constitutionality and application of the United States Sentencing Guidelines, defendant's motion is DENIED without prejudice, subject to renewal after the United States Supreme Court renders its decision in *United States v. Booker*, No. 04-104, and *United States v. Fanfan*, No. 04-105.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: December 14, 2004