```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )    CRIMINAL NO. 04-40007-FDS
                            )
        v.                  )
                            )
RICHARD LABOMBARD,          )
                            )
        Defendant.          )
```

## MOTION TO EXCLUDE TIME

The government hereby moves the Court to exclude the period of December 14, 2004 (the date the Court ruled on defendant's Motion to Strike Surplusage) through January 20, 2005 (the date scheduled for pretrial conference) from the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8), in the interests of justice.

Dated: December 15, 2004

By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Lori J. Holik
     Lori J. Holik
     Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2004, I caused a copy of the above motion to be served on counsel of record by causing same to be e-filed.

/s/ Lori J. Holik
Lori J. Holik
Assistant U.S. Attorney