**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **UNITED STATES of AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | **Criminal Action No.** |
| **RICHARD LABOMBARD,** | ) | **04-40007-FDS** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER OF EXCLUDABLE TIME**

**SAYLOR, J.**

At the telephone conference held on May 24, 2005, the parties agreed to a final pre-trial conference date of September 9, 2005 and a trial date of September 19, 2005. The parties also stipulated to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., for the period of time from March 24, 2005 to September 9, 2005. The interests of justice served by excluding time therefore outweigh the interest of the defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Accordingly, the period of time from March 24, 2005 through September 9, 2005 shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: May 31, 2005