UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )    CRIMINAL NO. 04-40007-FDS
                              )
        v.                    )
                              )
RICHARD LABOMBARD,            )
                              )
        Defendant.            )

                    MOTION TO CONTINUE TRIAL DATE

   The United States hereby moves, on behalf of both parties, for a continuance of the September 19, 2005 trial date to a date in November or December, 2005 convenient to the Court.  As grounds for this motion, the parties jointly submit that the requested continuance is necessitated by the compelling need of defense counsel to attend to personal matters at this time.

   The parties further request, should this motion for continuance of the trial date be allowed, that the time from the current trial date of September 19, 2005 to the continued date be excluded from Speedy Trial Act calculation.

Dated: August 15, 2005         By its attorney,

                               MICHAEL J. SULLIVAN
                               United States Attorney


                          By:  /s/ Lori J. Holik
                               Lori J. Holik
                               Assistant U.S. Attorney

CERTIFICATE OF SERVICE

    I hereby certify that I have conferred with Elliot Weinstein, counsel of record to the defendant, that I am authorized to make the joint representations that appear in this motion, and that I have caused a copy of this motion to be served by causing same to be electronically filed on this date.

                                      <u>/s/ Lori J. Holik</u>
                                      Lori J. Holik
                                      Assistant U.S. Attorney