UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
    v.                              )    Criminal No.
                                    )    04-40007-FDS
RICHARD LABOMBARD,                  )
                                    )
        Defendant.                  )
_____)

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

The United States has moved, on behalf of both parties, for a continuance of the September 19, 2005 trial date to a date in November or December 2005, convenient to the Court. As grounds for the motion, the parties jointly submit that the requested continuance is necessitated by the compelling need of defense counsel to attend to personal matters at this time. Based on this reason, the Court grants the requested continuance. The trial has been rescheduled to begin on November 14, 2005.

On the joint motion of the parties, and because the ends of justice served by granting this request outweigh the interest of the public and the defendants in a speedy trial, the period of time from September 19, 2005, through November 14, 2005, **shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A)**.

**So Ordered.**

                                        /s/ F. Dennis Saylor
                                        F. Dennis Saylor IV
                                        **United States District Judge**

Dated: August 23, 2005