UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                     )
UNITED STATES OF AMERICA,            )
                                                     )
                                                     )      CRIMINAL NO. 04-40007-FDS
                                                     )
RICHARD LABOMBARD                    )
_____)

**JOINT MOTION TO CONTINUE TRIAL AND TO EXCLUDE PERIOD OF
CONTINUANCE UNDER SPEEDY TRIAL ACT**

The United States and the defendant, Richard Labombard, hereby move the Court to

continue trial of this action, currently scheduled to commence on November 14, 2005, until a

date no earlier than April 17, 2006 and to exclude the period of the continuance from the period

within which trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq.  As

grounds, the parties state as follows:

1.       Defense counsel, due to family obligations, will be unable to prepare properly for

a trial in November 2005.   It is the parties' understanding that the Court has other

trials scheduled throughout December 2005.

2.       The undersigned AUSA is scheduled to begin trial in United States v. Talmus R.

Taylor, Criminal Action No. 05-10067-PBS, on January 3, 2006 and the

undersigned defense counsel is scheduled to begin trial in United States v.

Monteiro et al., Criminal Action No. 03-10329-PBS on January 9, 2006.  The

latter trial is scheduled to last approximately three months.

3.       Because the delay resulting from the requested continuance will – by permitting

the defendant to proceed to trial when counsel is available –  serve the ends of

justice and outweigh the best interest of the public and defendant in a speedy trial,

the period of the delay is excludable pursuant to 18 U.S.C.  § 3161(h)(8)(A).

Wherefore, the parties request that the Court continue the trial until a date no earlier than April 17, 2006 and exclude the period of the continuance from the period within which trial must commence.

Respectfully submitted,

RICHARD LABOMBARD                MICHAEL J. SULLIVAN
By His Attorney                         United States Attorney

/s/ Elliot M. Weinstein          By:    /s/ John A. Capin
_____                 _____
ELLIOT M. WEINSTEIN                     JOHN A. CAPIN
(617)367-9334                           Assistant U.S. Attorney
                                        (617) 748-3264