UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICHARD LABOMBARD,<br><br>Defendant. | Criminal No.<br>04-40007-FDS |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

The parties have jointly moved for a continuance of the November 14, 2005 trial date to a date no earlier than April 17, 2006. As grounds for the motion, the parties submit that the requested continuance is necessitated by defense counsel's need to attend to family obligations in the month of November, and the involvement of both parties' counsel in criminal trials scheduled to begin in early January, 2006, at least one of which is scheduled to last approximately three months. Based on these reasons, the Court grants the requested continuance. The trial has been rescheduled to begin on May 1, 2006.

On the joint motion of the parties, and because the ends of justice served by granting this request outweigh the interest of the public and the defendants in a speedy trial, the period of time from November 14, 2005, through May 1, 2006, **shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A)**.

**So Ordered.**

                                                /s/ F. Dennis Saylor
                                                F. Dennis Saylor IV
                                                **United States District Judge**

Dated: October 26, 2005