```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
        v.                  )   Crim. No. 04-40007-FDS
                            )
RICHARD LABOMBARD           )
```

**NOTICE OF APPEARANCE OF S. WAQAR HASIB**

Please enter the appearance of Assistant United States Attorney S. Waqar Hasib for the United States of America in the above-captioned matter.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney


                                  By:   /s/ S. Waqar Hasib
                                            S. WAQAR HASIB
                                            Assistant U.S. Attorney

Date: April 3, 2006

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

<u>/s/ S. Waqar Hasib</u>
S. WAQAR HASIB
Assistant U.S. Attorney


Date: April 3, 2006