UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES of AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. |
| | ) | 04-40007-FDS |
| RICHARD LABOMBARD, | ) | |
| Defendant. | ) | |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

At a conference held on April 12, 2006, the defendant moved, with the assent of the government, to continue the date of trial from May 1, 2006, until a future date convenient to the Court. As grounds, defense counsel indicated that he is scheduled to try another case the week of May 1, 2006. To accommodate that request, and with the consent of the government, the trial was rescheduled for May 8, 2006.

With the consent of both parties, in order to accommodate defense counsel, and because the ends of justice served by granting this request outweigh the interest of the public and the defendants in a speedy trial, the period of time from May 1, 2006, through May 8, 2006, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: **April 13, 2006**