```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
          V.                )   Cr. No. 04-CR-40007-FDS
                            )
RICHARD LABOMBARD           )
                            )
          Defendant         )
```

**GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS**

Pursuant to Fed.R.Crim.P. 24(a), and the Court's Pretrial Order dated October 28, 2005, the United States proposes that the Court ask the following questions of the prospective jurors during voir dire examination:

1. The defendant in this case is Richard LaBombard, of Leominster, MA. Do you, any member of your family, or anyone close to you know the defendant? Have you, any member of your family, or anyone close to you ever had any dealings with Mr. LaBombard or his family?

2. The attorney for the defendant is Elliot Weinstein, of Boston, MA. Do any of you know any of Mr. Weinstein? Have you, a member of you family, or anyone close to you ever had any dealings with Mr. Weinstein?

3. The lawyer for the United States in this case is S. Waqar Hasib. He is an Assistant United States Attorney in Boston, MA. Do any of you know any of Mr. Hasib? Have you, any member of your family, or anyone close to you ever had any

dealings with the U.S. Attorney's Office, either here in Massachusetts, or somewhere else around the country?

4. I am going to read to you a list of names of people who may testify in this case or whose names may come up in testimony. I ask you to listen carefully to the names I read and then let me know if you know any of these persons, or if you, a member of your family, or someone close to you has had any dealings with any of these persons (LIST OF NAMES ATTACHED AS EXHIBIT A).

5. The presentation of evidence in this case will last approximately 3 days. Do you have any important personal commitments which cannot be rescheduled, which would interfere with your ability to be here during this time period?

6. This is a criminal case. Have you, any member of your family, or anyone else close to you ever been involved in a criminal case, either as a victim, witness, or a person accused of a crime?

7. Have you, any member of your family, or anyone else close to you ever been involved in the criminal justice system, either as a prosecutor, defense attorney, employee of a prosecutor's office or defense attorney, probation officer, court officer, or court clerk?

8. Have you, any member of your family, or anyone else close to you ever been a law enforcement officer, such as a local police officer, state police officer, or a federal law enforcement officer, such as an FBI agent?

9.   The indictment in this case charges the crime of tax evasion.  Have you, any member of your family, or anyone else close to you ever been employed by the Internal Revenue Service, or "IRS"?

10.  Have you, any member of your family, or anyone else close to you ever had income tax returns audited or questioned by the IRS?  If so, has that experience influenced you for or against IRS personnel in particular, or for or against the government in general, as to the enforcement of the Internal Revenue laws?

11.  Do you have any personal beliefs or attitudes about the payment of taxes that might make it difficult for you to sit as a juror in this case?

12.  Are you, any member of your family, or anyone close to you a member of any organization which protests the Internal Revenue laws?

13.  This case is a federal case, brought in the name of the United States of America.  The federal government involves many agencies and departments, including the IRS, which I already mentioned, and the Department of Justice.  Have you, a member of your family, or anyone close to you ever had any dealings with the federal government, including the agencies and departments I mentioned, whether favorable or unfavorable, which might influence your consideration of the evidence in this case?

14. Have you ever served as a juror on a grand jury, in either state or federal court?

15. Have you ever served as a trial juror, in either state or federal court, whether on a civil case or a criminal case? If so, would your prior jury service affect your consideration of the evidence in this case?

16. At the end of the case, I will ask the jurors to deliberate and decide, unanimously, whether the defendants are guilty or not guilty. Some people, for religious or other reasons, think that one individual should not sit in judgment of another individual. Do you have any beliefs or strong feelings which will make it difficult for you to sit in judgment and reach a verdict on this case?

17. At the end of the case I will instruct you on the law applicable to this case. Jurors are obligated to follow the law, as given to them by the trial judge. Do you have any concerns that you might not be able to follow the law, as given to you by me, or that you do not agree with the law or the legal principles that are applicable to this case?

18. The purpose of the questions I have been asking is to provide information to the parties about the prospective jurors to assist them in selecting a fair and impartial jury in this case. The case is important to both the Government and the defendant. Is there anything else about you, your background, your family, work, life experiences, or beliefs that you think

4

the parties should know which might help them pick a fair and impartial jury?

If any of the prospective jurors respond positively to any of the above questions, the United States asks that there be follow-up individual voir dire, out of hearing of the rest of the jury pool.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  /s/ S. Waqar Hasib
     S. WAQAR HASIB
     Assistant U.S. Attorney

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        /s/ S. Waqar Hasib
                                        S. WAQAR HASIB
                                        Assistant U.S. Attorney

Date: April 17, 2006

EXHIBIT A - LIST OF WITNESSES

```
IRS Revenue Agent David Lajoie, Worcester, MA
IRS Court Witness Coordinator Paul Crowley, Andover, MA
Marion Benevento, Uxbridge, MA
Sally Rivard, Fitchburg, MA
Rita Hoge, Willowick, OH
```