UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Cr. No. 04-CR-40007-FDS |
| ) | |
| RICHARD LABOMBARD ) | |
| ) | |
| Defendant ) | |

**GOVERNMENT'S LIST OF ANTICIPATED WITNESSES**

The government hereby files its list of witnesses that it expects to call in its case-in-chief. The government reserves the right to withdraw or supplement its list in light of the evidence and with notice to the defendant.

1. Sally Rivard, Fitchburg, MA
2. Rita Hoge, Willowick, OH
3. IRS Court Witness Coordinator Paul Crowley, Andover, MA
4. IRS Revenue Agent David Lajoie, Worcester, MA
5. Marion Benevento, Uxbridge, MA

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ S. Waqar Hasib
S. WAQAR HASIB
Assistant U.S. Attorney

1

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                       /s/ S. Waqar Hasib
                                       S. WAQAR HASIB
                                       Assistant U.S. Attorney

Date: April 17, 2006