UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Cr. No. 04-CR-40007-FDS |
| | ) | |
| RICHARD LABOMBARD | ) | |
| | ) | |
| Defendant | ) | |

**GOVERNMENT'S LIST OF ANTICIPATED EXHIBITS**

The government hereby attaches and files its list of anticipated exhibits that it expects to offer during its case-in-chief. The government reserves the right to withdraw, modify, amend or supplement this list in light of the evidence and with notice to the defendant.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ S. Waqar Hasib
S. WAQAR HASIB
Assistant U.S. Attorney

1

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    /s/ S. Waqar Hasib  
    S. WAQAR HASIB  
    Assistant U.S. Attorney

Date: April 17, 2006