Government's Exhibit List

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1A | 1997 Form W-2 from Setra Systems, Inc. | | |
| 1B | 1999 Form W-2 from Setra Systems, Inc. | | |
| 1C | 2000 Form W-2 from Setra Systems, Inc. | | |
| 1D | 2001 Form W-2 from Setra Systems, Inc. | | |
| 2A | 1997 Form W-4 from Setra Systems, Inc. | | |
| 2B | 1999 Form W-4 from Setra Systems, Inc. | | |
| 2C | 2000 Form W-4 from Setra Systems, Inc. | | |
| 2D | 2001 Form W-4 from Setra Systems, Inc. | | |
| 3A | 1997 Form 1099-Div from Setra Systems, Inc. | | |
| 3B | 1999 Form 1099-Div from Setra Systems, Inc. | | |
| 3C | 2000 Form 1099-Div from Setra Systems, Inc. | | |
| 3D | 2001 Form 1099-Div from Setra Systems, Inc. | | |
| 4 | 2000 Form 1099-R from Setra Systems, Inc. | | |
| 5 | Retired pay statement of earnings from 1997-2001, printed from retired pay computer file, Defense Finance and Accounting Service | | |
| 6A | 1997 Form 1099-R from Defense Finance and Accounting Service | | |
| 6B | 1999 Form 1099-R from Defense Finance and Accounting Service | | |
| 6C | 2000 Form 1099-R from Defense Finance and Accounting Service | | |
| 6D | 2001 Form 1099-R from Defense Finance and Accounting Service | | |
| 7A | 1997 Form 1040NR non-resident alien tax return | | |
| 7B | 1999 Form 1040NR non-resident alien tax return | | |
| 7C | 2000 Form 1040NR non-resident alien tax return | | |
| 7D | 2001 Form 1040NR non-resident alien tax return | | |
| 8 | IRS Certificate of Assessments, Payments, and Other Specified Matters for the years 1997 through 2001 | | |
| 9A | RAR Form 4549-A "Income Tax Examination Changes" chart | | |
| 9B | Summary chart entitled "AGE Calculation_Labombard" | | |
| 9C | Summary chart entitled "ManualAdjTaxComp_ Labombard" for 1997 | | |
| 9D | Summary chart entitled "ManualAdjTaxComp_ Labombard" for 1999 | | |
| 9E | Summary chart entitled "ManualAdjTaxComp_ Labombard" for 2000 | | |
| 9F | Summary chart entitled "ManualAdjTaxComp_ Labombard" for 2001 | | |