UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                          04-40007-FDS

RICHARD LABOMBARD

DEFENDANT'S MOTION TO RECONSIDER ORDER DENYING WITHOUT PREJUDICE
MOTION TO STRIKE SURPLUSAGE

Defendant Richard LaBombard, by his attorney, moves that this Court reconsider its order date December 14, 2004 denying without prejudice defendant's motion to strike surplusage.

Defendant submits that the decisions in *United States v. Booker and United States v. Fanfan*, cases pending at the time of this Court's prior order, make clear that the assertions in the "Notice of Additional Factors" contained in the superseding indictment are surplusage and should not be presented to the trial jury.

Alternatively, the defendant submits that if submitted to the trial jury, then the trial jury should be instructed that the government has the burden of proving the assertions set forth in the "Notice of Additional Factors" by proof beyond a reasonable doubt.

                RICHARD LABOMBARD
                By his attorney,

                /s/ Elliot M. Weinstein
                Elliot M. Weinstein
                BBO #520400
                83 Atlantic Avenue
                Boston, MA 02110

April 24, 2006              617-367-9334