UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                             04-40007-FDS

RICHARD LABOMBARD

DEFENDANT'S REQUEST FOR JURY INSTRUCTIONS

Defendant Richard LaBombard, by his attorney, moves that this Court instruct the jury, inter alia, as follows:

1. Mr. LaBombard is charged with income tax evasion. For you to find Mr. LaBombard guilty of this crime, the government must prove the following things beyond a reasonable doubt:

    First, that Mr. LaBombard owed substantially more federal income tax for the years 1997, 1999, 2000, and 2001 than was indicated as due on his income tax return;

    Second, that Mr. LaBombard intended to evade or defeat the assessment or payment of this tax; and

    Third, that Mr. LaBombard willfully committed an affirmative act in furtherance of this intent.

    Fourth, that Mr. LaBombard did not have a good-faith belief that he was complying with the provisions of the law. A belief may be in good faith even if it is unreasonable.

    A person may not be convicted of federal tax evasion on the basis of a willful *omission* alone; he also must have undertaken an affirmative act of evasion.

    Mr. LaBombard acted "willfully" if the law imposed a duty on him, he knew of the duty, and he voluntarily and intentionally violated that duty. Thus, if Mr. LaBombard acted in good

faith, he cannot be guilty of this crime.  The burden to prove intent, as with all other elements of the crime, rests with the government.  This is a subjective standard: what did Mr. LaBombard honestly believe, not what a reasonable person should have believed.  Negligence, even gross negligence, is not enough to meet the "willful" requirement.

First Circuit Pattern Jury Instruction 4.25

RICHARD LABOMBARD
By his attorney,


/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
83 Atlantic Avenue
Boston, MA 02110
617-367-9334

April 24, 2006