UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                            04-40007-FDS

RICHARD LABOMBARD

## **DEFENDANT'S MOTION FOR QUESTIONS TO BE ASKED OF PROSPECTIVE JURORS**

Defendant Richard LaBombard, by his attorney, moves that this Court ask the jury venire, inter alia, the following questions:

1. Have you, a member of your family, or a close personal friend ever been the victim of a violent crime:

   If yes:  Describe the incident.

2. Have you, a member of your family, or a close personal friend ever been accused of or convicted of income tax evasion.

   If yes: What is your opinion of a person accused of income tax evasion?

3. Are you, any member of your family, or a close personal friend, employed or serving as a police officer or other law enforcement officer of a town, city, state, or federal governmental agency, including the Internal Revenue Service?

4. Are you, any member of your family, or a close personal friend, employed or serving as a prosecutor with the Department of Justice, United States Attorneys Office, Attorney General's Office, or District Attorney's Office.

5. Are you now, or were you ever, a member of a law enforcement agency, public or private, in civilian or in military life, whether paid or voluntary?

6. Would you tend to believe a law enforcement officer, such as a local police

   officer, or federal agent with the IRS, more than any other witness if their testimony differed on a material fact?

7. Do you believe a police officer, or an agent employed by the IRS is more likely to tell the truth than a person who is not a law enforcement officer?

8. When you learn that a person has been charged with a crime, in this case, income tax evasion, what do you say to yourself concerning the likelihood that the person is guilty of the crime?

9. Do you believe a person would not be charged with a crime unless he had done something wrong?

10. Do you believe that a criminal defendant should testify at his trial in order to help establish his innocence?

11. Does the fact that Mr. LaBombard is sitting here today facing serious charges make you think that he must have done something wrong?

                RICHARD LABOMBARD
                By his attorney,

                /s/ Elliot M. Weinstein
                Elliot M. Weinstein
                BBO #520400
                83 Atlantic Avenue
                Boston, MA 02110
                617-367-9334

April 24, 2006