```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        V.                  )   Cr. No. 04-CR-40007-FDS
                            )
RICHARD LABOMBARD           )
        Defendant           )
```

**GOVERNMENT'S REVISED LIST OF ANTICIPATED EXHIBITS**

The government hereby attaches and files a revised list of anticipated exhibits that it expects to offer during its case-in-chief.  The list was revised because the government's exhibits are now identified by numbers only, as opposed to both numbers and letters.  The revised list also contains three new exhibits:

- Birth certificate for Richard Labombard (Ex. 25)
- Employment eligibility verification form I-9 from Setra Systems (Ex. 26)
- Allotment sheet printout from Setra Systems (Ex. 27)

The government provided these documents to the defendant as part of pretrial discovery.  The government is also providing copies with exhibit stickers to supplement the defendant's exhibit binder.

The government reserves the right to withdraw, modify, amend or supplement this list in light of the evidence and with notice to the defendant.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  /s/ S. Waqar Hasib
     S. WAQAR HASIB
     Assistant U.S. Attorney

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                              /s/ S. Waqar Hasib
                              S. WAQAR HASIB
                              Assistant U.S. Attorney

Date: May 4, 2006