Government's Exhibit List

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | 1997 Form W-2 from Setra Systems, Inc. | | |
| 2 | 1999 Form W-2 from Setra Systems, Inc. | | |
| 3 | 2000 Form W-2 from Setra Systems, Inc. | | |
| 4 | 2001 Form W-2 from Setra Systems, Inc. | | |
| 5 | 1997 Form W-4 from Setra Systems, Inc. | | |
| 6 | 1999 Form W-4 from Setra Systems, Inc. | | |
| 7 | 2000 Form W-4 from Setra Systems, Inc. | | |
| 8 | 1997 Form 1099-Div from Setra Systems, Inc. | | |
| 9 | 1999 Form 1099-Div from Setra Systems, Inc. | | |
| 10 | 2000 Form 1099-Div from Setra Systems, Inc. | | |
| 11 | 2001 Form 1099-Div from Setra Systems, Inc. | | |
| 12 | 2000 Form 1099-R from Setra Systems, Inc. | | |
| 13 | Retired & Fmr Spouse Annual / Purged Deleted Sections 1997, from Defense Finance Accounting Service | | |
| 14 | Retired & Fmr Spouse Annual / Purged Deleted Sections 1999, from Defense Finance Accounting Service | | |
| 15 | Retired & Fmr Spouse Annual / Purged Deleted Sections 2000, from Defense Finance Accounting Service | | |
| 16 | Retired & Fmr Spouse Annual / Purged Deleted Sections 2001, from Defense Finance Accounting Service | | |
| 17 | 1997 Form 1040NR non-resident alien tax return with envelope and submitted 1099-R attached | | |
| 18 | 1999 Form 1040NR non-resident alien tax return with envelope and submitted 1099-R attached | | |
| 19 | 2000 Form 1040NR non-resident alien tax return with envelope and submitted 1099-R attached | | |
| 20 | 2001 Form 1040NR non-resident alien tax return with envelope and submitted 1099-R attached | | |
| 21 | Summary chart entitled "ManualAdjTaxComp_ Labombard" for 1997 | | |
| 22 | Summary chart entitled "ManualAdjTaxComp_ Labombard" for 1999 | | |
| 23 | Summary chart entitled "ManualAdjTaxComp_ Labombard" for 2000 | | |
| 24 | Summary chart entitled "ManualAdjTaxComp_ Labombard" for 2001 | | |
| 25 | Certified New Hampshire birth certificate | | |
| 26 | Employment eligibility verification form I-9 from Setra Systems | | |
| 27 | Allotment screen printout | | |
| 28 | IRS Certificate of Assessments, Payments, and Other Specified Matters for the years 1997 through 2001 | | |