*Filed in open Court 5/9/06*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                          04-40007-FDS

RICHARD LABOMBARD

MOTION FOR JUDGMENT OF ACQUITTAL

Defendant Richard LaBombard, by his attorney, moves that this Court enter a judgment of acquittal as to the above indictment.

RICHARD LABOMBARD
By his attorney,

/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
83 Atlantic Avenue
Boston, MA 02110
617-367-9334

5/9/06