AO 187A (REV. 7/87)          **EXHIBIT AND WITNESS LIST** – ~~████████~~

| | | USA | vs. | Lombard | CASE NO. 04-40007 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 17 | | 5/9/06 | ✓ | ✓ | 1040NR 1997 |
| 18 | | " | ✓ | ✓ | 1040 NR 1999 |
| 19 | | " | ✓ | ✓ | 1040 NR 2000 |
| 20 | | " | ✓ | ✓ | 1040 NR 2001 |
| 28 | | " | ✓ | ✓ | Certificate of Assessments, Payments & other |
| 13 | | " | ✓ | ✓ | Annual Payroll Report |
| 14 | | " | ✓ | ✓ | "        "        " |
| 15 | | " | ✓ | ✓ | "        "        " |
| 16 | | " | ✓ | ✓ | "        "        " |
| 27 | | " | ✓ | ✓ | Allotment Master Record – Army |
| 1 | | " | ✓ | ✓ | W-2 Forms 1997 |
| 2 | | " | ✓ | ✓ | W-2 Forms 1999 |
| 3 | | " | ✓ | ✓ | W-2 Forms 2000 |
| 4 | | " | ✓ | ✓ | W-2 Forms 2001 |
| 5 | | " | ✓ | ✓ | W-4 Form 1997 |
| 6 | | " | ✓ | ✓ | W-4 Form 1999 |
| 7 | | " | ✓ | ✓ | W-4 Form 2000 |
| 8 | | " | ✓ | ✓ | Form 1099-Div 1997 |
| 9 | | " | ✓ | ✓ | "       "       " 1999 |
| 10 | | " | ✓ | ✓ | "       "       " 2000 |
| 11 | | " | ✓ | ✓ | "       "       " 2001 |
| 26 | | " | ✓ | ✓ | Form I-9 1987 |
| 21 | | " | ✓ | ✓ | Chart of Taxes Filed & Corrected taxes 1997 |
| 22 | | " | ✓ | ✓ | "       "       "       "       "       "       " 1999 |
| 23 | | " | ✓ | ✓ | "       "       "       "       "       "       " 2000 |
| 24 | | " | ✓ | ✓ | "       "       "       "       "       "       " 2001 |
| 25 | | " | ✓ | ✓ | Birth Certificate |

Page 1 of 2 Pages

AO 187A (REV. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

USA vs. Labombard          CASE NO. 04-40007

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 29 | | 5/9/06 | ✓ | ✓ | Tax Lien for years 1983, 1984 + 1985 |
| 30 | | " | ✓ | ✓ | Points of Interest by R. Labombard |

Page 2 of 2 Pages