CASE NO: ~~(CIVIL)~~ (CRIMINAL) 04-40007
TITLE: USA vs LaBombard

## JURY PANEL

(1. Joseph Ricardi
(2. Diane Tomkins (Foreperson)
(3. Richard Winslow
(4. Wayne Plummer
(5. Stephanie Fortier
(6. Johanna Coggin
7. Harold Leblanc — Alternate # 1

(8. Tanya Johnson
(9. Thomas Charette
(10. Jacqueline Babineau
(11. Oscar Bedigian (ALT)
(12. Ellen Cherry
(13. Aimee Scanlon
14. Elaine Burns (ALT) — Alternate # 2

Alternate # 3                              Alternate # 4

(PLTFF) (GOV'T)       WITNESSES         DEFENDANT

1. Paul Crowley      5/9/06    1.
2. Marion Benevento  5/9/06    2.
3. Rita Hoge         5/9/06    3.
4. Sally Rivard      5/9/06    4.
5. David Lajoie      5/9/06    5.
6. Richard LaBombard 5/9/06    6.
7.                             7.
8.                             8.
9.                             9.
10.                            10.
11.                            11.
12.                            12.
13.                            13.
14.                            14.