*Entered 5/10/06 @ 3:40 pm*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

UNITED STATES of AMERICA )
)
v. )                Criminal No.
)                04-40007-FDS
RICHARD LABOMBARD, )
)
Defendant. )

---

## VERDICT FORM

WE, THE JURY, FIND THE DEFENDANT:

As to **COUNT ONE** (tax year 1997)

　　　　　　　　　_X_ Guilty　　　　　_____ Not Guilty

As to **COUNT TWO** (tax year 1999)

　　　　　　　　　_X_ Guilty　　　　　_____ Not Guilty

As to **COUNT THREE** (tax year 2000)

　　　　　　　　　_X_ Guilty　　　　　_____ Not Guilty

As to **COUNT FOUR** (tax year 2001)

　　　　　　　　　_X_ Guilty　　　　　_____ Not Guilty

**Your deliberations are complete. Please notify the court security officer in writing that you have reached a verdict.**

FOREPERSON: _Diane Tompkins_　　　DATE: _5-10-06_

　　　　　　　　　　　　　　　　　　　　　3:30 pm