Form **1040NR**
Department of the Treasury
Internal Revenue Service

## U.S. Nonresident Alien Income Tax Return

For the year January 1–December 31, 2003, or other tax year

beginning *1 Jan* , 2004 and ending *31 Dec* , 20 *04*

OMB No. 1545-0089

**2004** *04*

| Your first name and initial | Last name | Identifying number (see page 7 of inst.) |
|---|---|---|
| *Richard* | *LaBombard* | *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* |

Present home address (number, street, and apt. no., or rural route). If you have a P.O. box, see page 7.
*C/o 123 Arlington St.*

Check if: ☐ Individual ☐ Estate or Trust

City, town or post office, state, and ZIP code. If you have a foreign address, see page 7.
*Leominster Massachusetts*

For Disclosure and Paperwork Reduction Act Notice, see page 27.

Country ▶
*United States*

Of what country were you a citizen or national during the tax year? ▶

Give address outside the United States to which you want any refund check mailed. If same as above, write "Same."
*C/o 123 Arlington St. Leominster, Massachusetts*

Give address in the country where you are a permanent resident. If same as above, write "Same."

### Filing Status and Exemptions for Individuals (see page 7)

Filing status. Check only one box (1–6 below).

| | | | 7a Yourself | 7b Spouse |
|---|---|---|---|---|
| 1 | ☐ Single resident of Canada or Mexico, or a single U.S. national | | | |
| 2 | ☐ Other single nonresident alien | | *✓* | |
| 3 | ☐ Married resident of Canada or Mexico, or a married U.S. national | If you check box 7b, enter your spouse's | | |
| 4 | ☐ Married resident of Japan or the Republic of Korea | identifying number ▶ | | |
| 5 | ☐ Other married nonresident alien | | | |
| 6 | ☐ Qualifying widow(er) with dependent child (see page 7) | | | |

Caution: Do not check box 7a if your parent or someone else) can claim you as a dependent.
Do not check box 7b if your spouse had any U.S. gross income.

No. of boxes checked on 7a and 7b ▶ *1*

| 7c Dependents: (see page 8) | | (2) Dependent's identifying number | (3) Dependent's relationship to you | (4) ☐ if qualifying child for child tax credit (see page 8) |
|---|---|---|---|---|
| (1) First name | Last name | | | |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

No. of children on 7c who:
- lived with you ▶
- did not live with you due to divorce or separation ▶
- Dependents on 7c not entered above ▶

Add numbers entered on lines above ▶ *1*

| 8 | Total number of exemptions claimed | 8 | |
|---|---|---|---|

**Income Effectively Connected With U.S. Trade/Business**

| 8 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 8 | |
|---|---|---|---|
| 9a | Taxable interest | 9a | |
| b | Tax-exempt interest. Do not include on line 9a | 9b | |
| 10a | Ordinary dividends | 10a | |
| b | Qualified dividends (see page 10) | 10b | |
| 11 | Taxable refunds, credits, or offsets of state and local income taxes (see page 10) | 11 | |
| 12 | Scholarship and fellowship grants. Attach Form(s) 1042-S or required statement (see page 10) | 12 | |
| 13 | Business income or (loss). Attach Schedule C or C-EZ (Form 1040) | 13 | |
| 14a | Capital gain or (loss). Attach Schedule D (Form 1040) if required. If not required, check here ☐ | 14a | |
| b | If box on 14a is checked, enter post-May 5 capital gain distributions | 14b | |
| 15 | Other gains or (losses). Attach Form 4797 | 15 | |
| 16a | Total IRA distributions | 16a | 16b Taxable amount (see page 11) | 16b | |
| 17a | Pensions and annuities | 17a *18660* | – | 17b Taxable amount (see page 11) | 17b *18660* | – |
| 18 | Rental real estate, royalties, partnerships, trusts, etc. Attach Schedule E (Form 1040) | 18 | |
| 19 | Farm income or (loss). Attach Schedule F (Form 1040) | 19 | |
| 20 | Unemployment compensation | 20 | |
| 21 | Other income. List type and amount (see page 13) | 21 | |
| 22 | Total income exempt by a treaty from page 5, item M | 22 | |
| 23 | Add lines 8, 9a, 10a, 11–14a, 15, 16b, and 17b–21. This is your total effectively connected income ▶ | 23 | |

**Adjusted Gross Income**

| 24 | Educator expenses (see page 13) | 24 | |
|---|---|---|---|
| 25 | IRA deduction (see page 14) | 25 | |
| 26 | Student loan interest deduction (see page 14) | 26 | |
| 27 | Moving expenses. Attach Form 3903 | 27 | |
| 28 | Self-employed health insurance deduction (see page 14) | 28 | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31 | Scholarship and fellowship grants excluded | 31 | |
| 32 | Add lines 24 through 31 | 32 | |
| 33 | Subtract line 32 from line 23. Enter here and on line 34. This is your adjusted gross income ▶ | 33 | *18660* | – |

Cat. No. 11364D

Form **1040NR** (2003)

Form 1040NR (2003)                                                                                          Page **2**

| | | | | |
|---|---|---|---|---|
| | 34 | Amount from line 33 (adjusted gross income) . . . . . . . . . . | **34** | 18 660 |
| | 35 | Itemized deductions from page 3, Schedule A, line 17 . . . . . . | **35** | |
| | 36 | Subtract line 35 from line 34 . . . . . . . . . . . . . . . | **36** | |
| | 37 | Exemptions (see page 15) . . . . . . . . . . . . . . . | **37** | 3050 |
| Tax and Credits | 38 | **Taxable income.** Subtract line 37 from line 36. If line 37 is more than line 36, enter -0- | **38** | 15 610 |
| | 39 | Tax (see page 16). Check if any tax is from  a ☐ Form(s) 8814  b ☐ Form 4972 | **39** | |
| | 40 | Alternative minimum tax (see page 16). Attach Form 6251 . . . . | **40** | |
| | 41 | Add lines 39 and 40 . . . . . . . . . . . . . . . . ▶ | **41** | |
| | 42 | Foreign tax credit. Attach Form 1116, if required . . . . . **42** | | | |
| | 43 | Credit for child and dependent care expenses. Attach Form 2441 **43** | | | |
| | 44 | Retirement savings contributions credit. Attach Form 8880 . . **44** | | | |
| | 45 | Child tax credit (see page 18) . . . . . . . . . . **45** | | | |
| | 46 | Adoption credit. Attach Form 8839 . . . . . . . . **46** | | | |
| | 47 | Credits from:  a ☐ Form 8396  b ☐ Form 8859 . . . . **47** | | | |
| | 48 | Other credits. Check applicable box(es): a ☐ Form 3800 | | | |
| | | b ☐ Form 8801  c ☐ Form (specify) . . . . . . . . **48** | | | |
| | 49 | Add lines 42 through 48. These are your total credits . . . . | **49** | |
| | 50 | Subtract line 49 from line 41. If line 49 is more than line 41, enter -0- ▶ | **50** | |
| Other Taxes | 51 | Tax on income not effectively connected with a U.S. trade or business from page 4, line 86 | **51** | |
| | 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | **52** | |
| | 53 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | **53** | |
| | 54 | Transportation tax (see page 19) . . . . . . . . . . . . | **54** | |
| | 55 | Household employment taxes. Attach Schedule H (Form 1040) . . . | **55** | |
| | 56 | Add lines 50 through 55. This is your total tax . . . . . . . ▶ | **56** | 199 4 |
| Payments | 57 | Federal income tax withheld from Forms W-2, 1099, 1042-S, etc. **57** | 446 | | |
| | 58 | 2003 estimated tax payments and amount applied from 2002 return . **58** | | | |
| | 59 | Excess social security and tier 1 RRTA tax withheld (see page 20) **59** | | | |
| | 60 | Additional child tax credit. Attach Form 8812 . . . . . . **60** | | | |
| | 61 | Amount paid with Form 4868 (request for extension) . . . . **61** | | | |
| | 62 | Other payments from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 **62** | | | |
| | 63 | Credit for amount paid with Form 1040-C . . . . . . . **63** | | | |
| | 64 | U.S. tax withheld at source from page 4, line 83 . . . . . **64** | | | |
| | 65 | U.S. tax withheld at source by partnerships under section 1446: | | | |
| | a | From Form(s) 8805 . . . . . . . . . . . . . . **65a** | | | |
| | b | From Form(s) 1042-S . . . . . . . . . . . . . **65b** | | | |
| | 66 | U.S. tax withheld on dispositions of U.S. real property interests: | | | |
| | a | From Form(s) 8288-A . . . . . . . . . . . . . **66a** | | | |
| | b | From Form(s) 1042-S . . . . . . . . . . . . . **66b** | | | |
| | 67 | Add lines 57 through 66b. These are your total payments . . . ▶ | **67** | 446 |
| **Refund** | 68 | If line 67 is more than line 56, subtract line 56 from line 67. This is the amount you overpaid | **68** | |
| Direct deposit? See page 21 | 69a | Amount of line 68 you want refunded to you . . . . . . . ▶ | **69a** | |
| | b | Routing number [          ]  ▶ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number [          ] | | |
| | 70 | Amount of line 68 you want applied to your 2004 estimated tax ▶ | **70** | | |
| **Amount You Owe** | 71 | **Amount you owe.** Subtract line 67 from line 56. For details on how to pay, see page 21 ▶ | **71** | 1548 |
| | 72 | Estimated tax penalty. Also include on line 71 . . . **72** | | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see page 22)?  ☐ Yes. Complete the following.  ☒ No

| Designee's name ▶ | Phone no. ▶ ( ) | Personal identification number (PIN) [          ] |
|---|---|---|

**Sign Here**
Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature  *Richard Solomonlord*  WITH EXPLICIT RESERVATION OF ALL RIGHTS  UCC-1-207 | Date  23 Jun 06  14 DEC 125 | Your occupation in the United States  N/A |
|---|---|---|

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN [          ] |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN | |
| | | Phone no. ( ) | |

Form **1040NR** 2003

| Control Number  RET0005427 | ☒ CORRECTED (if checked) | | | 12/08/04 |
|---|---|---|---|---|
| PAYER'S name, street address, city, state, and ZIP code<br><br>DEFENSE FINANCE AND ACCOUNTING SERVICE<br>US MILITARY RETIREMENT PAY<br>PO BOX 7130<br>LONDON KY 40742-7130<br>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 | 1 Gross distribution<br>$    18660.00<br>2a Taxable amount<br>$    18660.00 | OMB No. 1545-0119<br><br>**2004**<br><br>Form 1099-R | | **Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.** |
| PAYER'S Federal identification number  RECIPIENT'S identification number<br>34-0727612 | 2b Total distribution  ☐ | | | |
| RECIPIENT'S name, address, and ZIP code<br><br><br>RICHARD LABOMBARD<br>123 ARLINGTON ST<br>LEOMINSTER, MA 01453-2727 | 4 Federal income tax withheld<br>$    445.56<br>9  Your percentage of total distribution                  %<br>10 State tax withheld<br>$ | 7 Distribution code<br><br>7<br><br>11 State/Payer's state no. | | **Copy C**<br>For Recipient's Records.<br>This information is being furnished to the Internal Revenue Service.<br>Keep this copy for your records. |
| | RETIRED | 01012004-12312004 | | |

Form **1099-R**                                             Department of the Treasury - Internal Revenue Service

4474

---

**CUSTOMER'S RECEIPT**  DO NOT SEND THIS RECEIPT FOR PAYMENT
KEEP IT FOR YOUR RECORDS

9090854219▒  050414  017191  *750*00

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | U.S. DOLLARS AND CENTS |
|---|---|---|---|
| PAY TO | CHECKWRITER IMPRINT AREA | 750*00 | |
| ADDRESS | FROM | | |
| C.O.D. NO. OR USED FOR | ADDRESS | | |

This receipt is your guarantee for a refund of your money order if it is lost or stolen, provided you fill in the Pay To and From information on the money order in the space provided. No claim for improper payment permitted 2 years after payment if your money order is lost or stolen, present this receipt and file a claim for a refund at your Post Office.

An inquiry Form 6401 may be filed at any time for a fee. A replacement will not be issued until 60 days after the money order purchase date, provided the money order has not been paid.

---

**CUSTOMER'S RECEIPT**  DO NOT SEND THIS RECEIPT FOR PAYMENT
KEEP IT FOR YOUR RECORDS

9090854220▒  050414  017191  *798*00

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | U.S. DOLLARS AND CENTS |
|---|---|---|---|
| PAY TO | CHECKWRITER IMPRINT AREA | 798*00 | |
| ADDRESS | FROM | | |
| C.O.D. NO. OR USED FOR | ADDRESS | | |

This receipt is your guarantee for a refund of your money order if it is lost or stolen, provided you fill in the Pay To and From information on the money order in the space provided. No claim for improper payment permitted 2 years after payment if your money order is lost or stolen, present this receipt and file a claim for a refund at your Post Office.

An inquiry Form 6401 may be filed at any time for a fee. A replacement will not be issued until 60 days after the money order purchase date, provided the money order has not been paid.

CENTRAL MA 015

27 JUN 2006 PM 2 T

07/03/2006

INTERNAL REVENUE SERVICE
PHILADELPHIA, PENNA. 19255-0025

19255+0025

