UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                              04-40007-FDS

RICHARD LABOMBARD

DEFENDANT'S SENTENCING MEMORANDUM

Defendant Ricahrd Labombard, by his attorney, submits the following in support of his request to be sentenced to a term of home confinement, a variance from the advisory guideline range.

GUIDELINES CALCULATION:

Mr. Labombard submits that the advisory guideline range is 15-21 months based on a total offense level of 14 and criminal history category of I.

GUIDELINE DEPARTURES:

§5K2.0(a)(2)(A) and policy statements in §5H1.1 and 5H1.2 Age and Physical Condition.

Mr. LaBombard submits that a guideline departure is warranted on this basis because his age, 74, together with the specifics of his physical health, place him within the scope of §5H1.1: "Age may be a reason to depart downward in a case in which the defendant is elderly and inform and where a form of punishment such as home confinement might be equally efficient as and less costly than incarceration." This same concept is encompassed within §5H1.4.

STATUTORY SENTENCING FACTORS, 18 U.S.C. §3553(a)

Mr. Labombard presents squarely the question what is the appropriate sentence for a 74 year old married retired career army man who continues to work but whose genuinely held belief regarding the federal tax laws has resulted in his conviction.

While defense counsel argued at trial the Mr. Labombard was a kook, but not a crook, the jury verdict declares otherwise. It remains valid that Mr. Labombard is a kook.

The ultimate question for this court to resolve, consistent with the statutory mandate of 18 U.S.C. §3553(a), is what sentence is sufficient, *but not greater than necessary*, to meet the constellation of factors which comprise a fair and just sentence.

It is submitted that home confinement sufficiently punishes this man for his crime (a)(2)(A); as a public deprivation of liberty serves to adequately deter others from committing this crime (B); and eliminates any possibility that this man will re-offend.

It is further submitted that home confinement is the appropriate form of punishment being equally efficient as and less costly than incarceration. Home confinement will also inure to the benefit of the government by being less costly than confinement and will permit Mr. Labombard to continue to work and thus have income to pay his past tax obligations.

RICHARD LABOMBARD
By his attorney,


/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334

December 4, 2006